No. 80–376.  BURDEN *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 80–383.  ADCOCK *v.* IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 80–394.  SHRIVER *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 80–397.  LEE ET AL. *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 80–407.  THOMPSON *v.* TURNER, ASSISTANT DIRECTOR, ALABAMA STATE HIGHWAY DEPARTMENT.  C. A. 5th Cir.  Certiorari denied.

No. 80–409.  THOMAS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 80–411.  MORSEBURG *v.* BALYON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–424.  RUSSELL *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 80–432.  CITY OF NEWARK, NEW JERSEY, ET AL. *v.* NATURAL RESOURCES COUNCIL, DEPARTMENT OF ENVIRONMENTAL PROTECTION OF NEW JERSEY, ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 80–438.  GRAYDON *v.* PASADENA REDEVELOPMENT AGENCY ET AL. (HAHN, INC., REAL PARTY IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–445.  LIGONS *v.* BECHTEL POWER CORP.  C. A. 8th Cir.  Certiorari denied.